UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: UNITED STATES OIL FUND, LP SECURITIES LITIGATION | Case No. 1:20-cv-04740 (PGG) (GWG) |
| This Document Relates To:<br><br>ALL ACTIONS | |

**STIPULATION AND PROPOSED ORDER CONCERNING TIME TO RESPOND TO AMENDED COMPLAINT**

WHEREAS lead plaintiff Nutit, A.S. ("Lead Plaintiff") filed a consolidated amended complaint (ECF No. 68) on November 30, 2020 in the above-captioned action ("Amended Complaint") naming new defendants including, but not limited to, Alps Distributors, Inc.;

WHEREAS the undersigned attorneys for Defendant Alps Distributors, Inc. have agreed to accept service of the summons and Amended Complaint in this action on behalf of their client as of the date of this stipulation, without waiver of, or prejudice to, any of their rights or defenses (other than improper service), including, but not limited to, with respect to personal jurisdiction;

WHEREAS the Court entered a scheduling order in the present action on November 16, 2020 (ECF No. 66) (the "Scheduling Order") pertaining to Lead Plaintiff and defendants United States Oil Fund, LP, United States Commodity Funds LLC, John P. Love, and Stuart P. Crumbaugh (collectively, the "Original Defendants");

WHEREAS the Scheduling Order provides that the Original Defendants shall answer or move to dismiss the Amended Complaint by January 29, 2021; Lead Plaintiff shall file an opposition by March 30, 2021; and the Original Defendants shall file their respective replies by April 29, 2021;

WHEREAS the Court so-ordered a stipulation on December 8, 2020, applying the aforementioned schedule to answer or move to dismiss the Amended Complaint to several new defendants added in the Amended Complaint, including ABN AMRO Clearing Chicago LLC, BNP Paribas Securities Corp., Citadel Securities LLC, Citigroup Global Markets Inc., Credit Suisse Securities (USA) LLC, Deutsche Bank Securities Inc., Goldman, Sachs & Company, J.P. Morgan Securities, Inc., Merrill Lynch Professional Clearing Corp., Morgan Stanley & Company, Inc., Nomura Securities International, Inc., RBC Capital Markets, LLC, SG Americas Securities LLC, UBS Securities LLC, and Virtu Financial BD LLC (collectively, the "Authorized Participant Defendants"), as well as Nicholas D. Gerber, Andrew F Ngim, Robert L. Nguyen, Peter M. Robinson, Gordon L. Ellis, and Malcom R. Fobes III (collectively, the "USCF Director Defendants") (ECF No. 127);

WHEREAS the undersigned parties have conferred and reached agreement regarding the timing of the response of the Defendant Alps Distributors, Inc. to the Amended Complaint;

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their undersigned counsel, subject to the Court's approval:

1. The undersigned attorneys for Defendant Alps Distributors, Inc. accept service of the summons and Amended Complaint in this action on behalf of their client as of the date of this stipulation, without waiver of, or prejudice to, any of their rights or defenses (other than improper service), including, but not limited to, with respect to personal jurisdiction.

2. The Scheduling Order applicable to the Lead Plaintiff, Original Defendants, Authorized Participant Defendants, and the USCF Director Defendants also will apply to Defendant Alps Distributors, Inc.

Dated:  New York, New York
        December 21, 2020

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By: /s/ Susanna Buergel / oss
Susanna M. Buergel
Daniel Sinnreich
1285 Avenue of the Americas
New York, NY 10019
Tel: (212) 373-3000
Fax: (212) 757-3990
sbuergel@paulweiss.com
dsinnreich@paulweiss.com

Jane B. O'Brien
2001 K Street, N.W.
Washington, DC 20006
Telephone: (202) 223-7300
Facsimile: (202) 223-7420
jobrien@paulweiss.com

*Counsel for Defendant Alps Distributors, Inc.*

**ROBBINS GELLER RUDMAN & DOWD LLP**

By: /s/ David Rosenfeld / oss
Samuel H. Rudman
David A. Rosenfeld
Vincent M. Serra
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
Facsimile: 631/367-1173
srudman@rgrdlaw.com
drosenfeld@rgrdlaw.com
vserra@rgrdlaw.com

Brian E. Cochran
200 South Wacker Drive, 31st Floor
Chicago, IL 60606
Telephone: 312/674-4674
Facsimile: 312/674-4676
bcochran@rgrdlaw.com

*Lead Counsel for Lead Plaintiff*

BRONSTEIN, GEWIRTZ & GROSSMAN, LLC
Peretz Bronstein
Eitan Kimelman
60 East 42nd Street, Suite 4600
New York, NY 10165
Telephone: 212/697-6484
Facsimile: 212/697-7296 (fax)
peretz@bgandg.com
eitan@bgandg.com

*Additional Counsel for Plaintiff*

IT IS SO ORDERED.

Dated: December 22, 2020

_____
Hon. Paul G. Gardephe, U.S.D.J.

4