UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re UNITED STATES OIL FUND, LP SECURITIES LITIGATION<br><br>This Document Relates To:<br>    ALL ACTIONS. | Case No. 1:20-cv-04740 (PGG) (GWG) |

**NOTICE OF VOLUNTARY DISMISSAL OF CERTAIN DEFENDANTS**

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1), Court-appointed lead plaintiff Nutit, A.S. ("Lead Plaintiff") hereby voluntarily dismisses without prejudice all claims against Defendants BNP Paribas Securities Corp., Credit Suisse Securities (USA) LLC, Citigroup Global Markets Inc., Citadel Securities LLC, Deutsche Bank Securities Inc., Morgan Stanley & Company, Inc. (n/k/a Morgan Stanley & Company, LLC), Nomura Securities International, Inc., RBC Capital Markets, LLC, SG Americas Securities LLC, and UBS Securities LLC.

DATED: January 28, 2021

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
VINCENT M. SERRA

*/s/ David A. Rosenfeld*
DAVID A. ROSENFELD

58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
drosenfeld@rgrdlaw.com
vserra@rgrdlaw.com

SO ORDERED.

*/s/ Paul G. Gardephe*
Paul G. Gardephe
United States District Judge

Dated: February 1, 2021

                ROBBINS GELLER RUDMAN
                  & DOWD LLP
                BRIAN E. COCHRAN
                200 South Wacker Drive, 31st Floor
                Chicago, IL  60606
                Telephone:  312/674-4674
                312/674-4676 (fax)
                bcochran@rgrdlaw.com

*Lead Counsel for Lead Plaintiff*